UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **Criminal No. 05-10003-NMG** |

**UNITED STATES OF AMERICA** )
)                 **Criminal No.  05-10003-NMG**
-v.- )
)
**ARTHUR GIANELLI,** )
**JOSEPH YERARDI, JR.,** )
**DENNIS ALBERTELLI A/K/A "FISH,"** )
**SALVATORE RAMASCI A/K/A "LEFTY,"** )
**RANDY ALBERTELLI,** )
**GISELE ALBERTELLI,** )
**RAFIA FEGHI A/K/A RAFIA YERARDI,** )
**TONY DANIELS A/K/A "SONNY,"** )
**FRANK IACABONI,** )
**DEEB HOMSI,** )
**TODD WESTERMAN,** )
**ENEYDA GONZALEZ RODRIGUEZ, and** )
**WESHTOD CONSULTANTS A/K/A** )
    **WESHTOD CONSULTORES S.A.** )
)
            **Defendants.** )



## PROTECTIVE ORDER

This matter has come before the Court pursuant to the government's motion and supplemental motion for a protective order with regard to all electronic surveillance and search warrant materials that the defense (including the defendants, defense counsel, and anyone under the control of any defendant or defense attorney) receives or has received from the government in the above-captioned case.

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and Rule 116.6(B) of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), and for good cause shown,

**THE COURT HEREBY ORDERS**, with regard to the above-captioned indictment and any superseders of that indictment that may be filed in the future ("this case"), that all tape recordings and preliminary or other transcripts from court-authorized or consensual electronic surveillance, and all authorizing orders and supporting affidavits ("electronic surveillance materials"); and all materials seized pursuant to search warrants, and the search warrants and supporting affidavits

2

("search warrant materials") that the defense receives or has received from the government in this case shall be used solely for good faith preparation for trial and defense of this case and shall not be used by any of the defendants, defense counsel, or anyone under the control of any defendant or defense attorney (collectively "the defense") for any other purpose.

**IT IS FURTHER ORDERED** that the defense shall hold securely all of the electronic surveillance and search warrant materials in locations not accessible to unauthorized third parties.

**IT IS FURTHER ORDERED** that the defense may review the aforementioned materials with third parties as part of the defense's good faith preparation for trial and defense of this case, but shall not permit any third party to take, copy, or record in any way any of the aforementioned materials, copies, or contents thereof.

**IT IS FURTHER ORDERED** that upon the conclusion of the participation in this case by any member or members of the defense, all electronic surveillance and search warrant materials received from the government in this case, and all copies thereof, that are in the possession or under the control of that member or those members of the defense shall promptly be returned to the government.

HON. CHARLES B. SWARTWOOD, III
Chief United States Magistrate Judge

6 - 21 - 05
Date