```
```







UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| -v.- | ) Criminal No. 05-10003-NMG |
| | ) |
| ARTHUR GIANELLI, | ) |
| JOSEPH YERARDI, JR., | ) |
| DENNIS ALBERTELLI A/K/A "FISH," | ) |
| SALVATORE RAMASCI A/K/A "LEFTY," | ) |
| RANDY ALBERTELLI, | ) |
| GISELE ALBERTELLI, | ) |
| RAFIA FEGHI A/K/A RAFIA YERARDI, | ) |
| TONY DANIELS A/K/A "SONNY," | ) |
| FRANK IACABONI, | ) |
| DEEB HOMSI, | ) |
| TODD WESTERMAN, | ) |
| ENEYDA GONZALEZ RODRIGUEZ, and | ) |
| WESHTOD CONSULTANTS A/K/A | ) |
|      WESHTOD CONSULTORES S.A. | ) |
| | ) |
| Defendants. | ) |

NOTICE OF GOVERNMENT'S DECLINATION OF DISCLOSURE

Please take notice that the United States declines pursuant to Local Rule 116.6(A) for reasons of witness security to provide information currently in the government's possession that falls within subsections (B)(1)(c) and (B)(1)(d) of Local Rule 116.2. Such information will be provided in advance of trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael L. Tabak
MICHAEL L. TABAK
FRED M. WYSHAK, JR.
Assistant U.S. Attorneys
Telephone: (617) 748-3203; (617) 748-3201
Date: September 19, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in envelopes bearing sufficient postage for delivery (and we are also sending copies via fax):

*Fax: 617-737-8223 (Phone: 617-737-8222)*
Richard M. Egbert, Esq.
Law Office of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
*Counsel for Arthur Gianelli*

*Fax: 617-973-1562 (Phone: 617-227-2800)*
R. Bradley Bailey, Esq. & Jeffrey A. Denner, Esq.
Denner O'Malley LLP
Four Longfellow Place, Suite 3501
Boston, MA 02114-1634
*Counsel for Rafia Feghi*

*Fax: 617-523-2346 (Phone: 617-523-2345)*
Francis J. DiMento, Esq.
DiMento & Sullivan
7 Faneuil Marketplace
Boston, MA 02109-1649
*Counsel for Joseph Yerardi, Jr.*

*Fax: 978-749-9594 (Phone: 978-749-0870)*
Fred B. McAlary, Jr., Esq.
McAlary & Associates
10 Main Street
Andover, MA 01810
*Counsel for Tony Daniels*

*Fax: 617-742-0701 (Phone: 617-720-0011)*
Charles W. Rankin, Esq.
Rankin & Sultan
1 Commercial Wharf North
Boston, MA 02110
*Counsel for Dennis Albertelli*

*Fax: 617-367-1363 (Phone: 617-367-2600)*
Thomas J. Butters, Esq. and John H. Brazilian, Esq.
Butters Brazilian LLP
One Exeter Plaza
Boston, MA 02116
*Counsel for Frank Iacaboni*

*Fax: 617-737-8443 (Phone: 617-737-8442)*
Joseph J. Balliro, Sr., Esq.
99 Summer Street, Suite 1800
Boston, MA
*Counsel for Salvatore Ramasci*

*Fax: 508-231-1405 Phone: 508-231-1460)*
Roger A. Cox, Esq.
Cox & Cox
30 Main Street, Suite 9
Ashland, MA 01721-1178
*Counsel for Deeb Homsi*

*Fax: 305-670-9299 (Phone: 305-670-9919)*
Jeffrey S. Weiner, Esq.
Weiner & Ratzan
9130 South Dadeland Blvd, Suite 1910
Miami, FL 33156-7858
*Counsel for Todd Westerman and Weshtod*

*Fax: 617-742-9016 (Phone: 617-742-9015)*
Robert M. Goldstein, Esq.
20 Park Plaza - Suite 903
Boston, MA 02116
*Counsel for Todd Westerman and Weshtod*

*Fax: 617-742-0701 (Phone: 617-720-0011)*  *Fax: 617-742-0701 (Phone: 617-720-0011)*
Gisele Albertelli, Defendant              Randy Albertelli, Defendant
c/o Charles W. Rankin, Esq.               c/o Charles W. Rankin, Esq.
Rankin & Sultan                           Rankin & Sultan
1 Commercial Wharf North                  1 Commercial Wharf North
Boston, MA  02110                         Boston, MA  02110

This 19th day of September 2005.

*[signature]*
Michael L. Tabak
Assistant United States Attorney